# SCOTT C. BROWN LAW OFFICE

1600 NATIONAL ROAD
WHEELING, WV 26003



SCOTT C. BROWN
ATTORNEY AT LAW
LICENSED TO PRACTICE IN WV AND OH

TELEPHONE (304) 242-6001
FAX (877) 230-2978
SCOTT@SCOTTBROWNLAW.COM

December 2, 2015

Joseph A. Garrett #09813-087
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

   Re: United States of America v. Joseph A. Garrett, Criminal Action No. 1:14-CR-48 and 1:14-CR-57
     U.S. vs. Joseph A. Garrett, 4th Circuit Court of Appeals No. 15-4350

Dear Mr. Garrett:

  Enclosed is a copy of the appellate brief that was prepared in the above referenced matter. This brief is being submitted to the Fourth Circuit Court of Appeals pursuant to the decision of the United States Supreme Court in <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967). This means that I have conducted a thorough examination of the entire record in this matter, but have not found any meritorious grounds for appeal. I have raised the issue of whether there was sufficient evidence presented by the government to have the matter be submitted to a jury for its deliberation but having reviewed the transcript have reached the conclusion that there was sufficient evidence.

  I also raised the issue of whether a sentence of 147 months was reasonable but since such term was within the advisory guideline range of 121 to 151 months such sentence, pursuant to the law of the Fourth Circuit Court of Appeals, is presumed reasonable.

  You have the right to submit for consideration by the Court additional arguments in support of the issue I have raised on your behalf, as well as any additional issues you would like the Court to consider. You should submit any additional arguments and additional issues to the Court within thirty (30) days. Their address is: Patricia S. Connor, Clerk, Fourth Circuit Court of Appeals, 1100 East Main Street, Suite 501, Richmond VA 23219. Please be sure to reference your record number for the court if you file any response: Record No. 14-4808. Also, please make sure you send a copy of any response to Andrew R. Cogar, Esq., United States Attorneys Office, 320 West Pike Street, Clarksburg, West Virginia 26301 and Tara N. Tighe, Esq., United States Attorneys Office, P.O. Box 591, Wheeling, WV 26003.

  You should be aware that the entire record in this matter is available for the Court to consider to determine whether there are any meritorious grounds for appeal. If you have any questions or concerns with regard to this matter, feel free to contact me at the above address.

Joseph A. Garrett #09813-087
December 2, 2015
Page 2

Very truly yours,

SCOTT C. BROWN

Enclosure

cc:   Patricia Connor, Clerk, Fourth Circuit Ct. of Appeals
      Andrew R. Cogar, Esq./Tara N. Tighe, Esq.